**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RAMMSES VEGA ORTIZ,

Petitioner,

vs.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-02793-GMN-MDC

**ORDER**

Before the Court is Petitioner Rammses Vega Ortiz's Motion for Leave to File Second Amended Petition, (ECF No. 17). Further pending before the Court are Petitioner's Motion to Extend Time to File Reply, (ECF No. 15), Motion to Enforce Production Order, (ECF No. 11), and Application for Leave to Proceed *in forma pauperis*, (ECF No. 9). Finally pending before the Court is the Motion to Substitute Attorney, (ECF No. 18), filed by Federal Respondents. The Court addresses each in turn.

Under Federal Rule of Civil Procedure 15, courts must give leave to amend "when justice so requires." Fed. R. Civ. P. 15(a)(2). Here, Petitioner explains that his Second Amended Petition includes claims relating to his detention and bond hearing, which were not raised in his First Amended Petition, (ECF No. 10), because Petitioner's counsel was not in possession of the audio recording of Petitioner's bond hearing. (Mot. Leave 2:16–21, ECF No. 17). For good cause appearing, the Court GRANTS Petitioner's Motion for Leave to File Second Amended Petition.

Further, the Court has reviewed the Second Amended Petition and preliminarily finds that Petitioner may be entitled to habeas relief under the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment.

///

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Leave to File Second Amended Petition, (ECF No. 17), is **GRANTED**

**IT IS FURTHER ORDERED** that Respondents must **SHOW CAUSE** for Petitioner's detention. *See* 28 U.S.C. § 2243. Specifically, Respondents must file a "return certifying the true cause of detention" on or before November 10, 2026.

**IT IS FURTHER ORDERED** that Petitioner must file a traverse no later than November 17, 2026.

**IT IS FURTHER ORDERED** that the Court's prior orders regarding briefing, document production, transfer, etc., remain in full effect. (*See generally* Order Appointing Counsel, ECF No. 3).

**IT IS FURTHER ORDERED** that Petitioner's Application for Leave to Proceed *in forma pauperis*, (ECF No. 9), is **GRANTED**.

**IT IS FURTHER ORDERED** that Federal Respondent's Motion to Substitute Attorney, (ECF No. 18), is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Extend Time to File Reply, (ECF No. 15), is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Enforce Production Order, (ECF No. 11), is **DENIED as moot**.

**DATED** this 2 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT